STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MICHAEL A. LISENA, PLAINTIFF IN ERROR.

Argued May 18, 1943—Decided November 4, 1943.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Bozza & Bozza (Frank B. Bozza,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, PERSKIE, DEAR, WELLS, JJ.    6.

*For reversal*—CASE, HEHER, RAFFERTY, HAGUE, THOMPSON, JJ.    5.